IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CLEAR SKIES NEVADA, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **GRANT KAINU**, <br><br> Defendant. | Case No. 3:16-cv-811-SI <br><br> **JUDGMENT** |

**Michael H. Simon, District Judge.**

Based on Plaintiff's Notice of Acceptance of Defendant's Fifth Offer of Judgment (ECF 81),

**IT IS ADJUDGED** that:

1. Defendant, Grant Kainu, shall pay Plaintiff, Clear Skies Nevada, LLC, the sum of $1,151.00 plus simple interest at the rate of 2.35 percent per year until paid, beginning June 25, 2018.

2. Defendant is permanently enjoined from infringing Plaintiff's rights in Plaintiff's motion picture, including, without limitation, by using the internet to reproduce or copy Plaintiff's motion picture, to distribute Plaintiff's motion picture, or to make Plaintiff's motion picture available for distribution to the public, except pursuant to a lawful license or with the

PAGE 1 – JUDGMENT

express authority of Plaintiff, and Defendant shall destroy all unauthorized copies of Plaintiff's motion picture in Defendant's possession or under Defendant's control.

3. Not later than July 9, 2018, Plaintiff may petition to recover its reasonable, legally-recoverable costs and attorney's fees in this case, if any.

**IT IS SO ORDERED.**

DATED this 25th day of June, 2018.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge

PAGE 2 – JUDGMENT